# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JUSTIN L. KOCH, individually,
and on behalf of all others similarly situated,

    Plaintiff,

Case No. 3:20-cv-01301-BJD-JBT

v.

eFINANCIAL, LLC,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that JUSTIN L. KOCH ("Plaintiff") and eFINANCIAL, LLC ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: March 12, 2021

Respectfully submitted,

*/s/ Alexander J. Taylor*

Alexander J. Taylor, Esq.
Florida Bar No. 1013947
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*