UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JUSTIN L. KOCH, individually,
and on behalf of all others
similarly situated,

    Plaintiff,

v.                                      Case No.: 3:20-cv-1301-BJD-JBT

eFINANCIAL, LLC,

    Defendant.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Notice of Settlement (Doc. 17; Notice) filed on March 12, 2021. In the Notice, the parties advise the Court that this case has been resolved. See Notice at 1.

Accordingly, it is hereby

**ORDERED:**

1.    The final pretrial conference scheduled for October 26, 2022 is **CANCELLED** and this case is **REMOVED** from the November 7, 2022 trial term.

2.    The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

3.  The parties shall have until **May 11, 2021**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

4.  If the parties have not so stipulated or moved the Court by the **May 11, 2021** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this 18th day of March, 2021.

BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Counsel of Record
Unrepresented Parties

*ap*