UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JUSTIN L. KOCH, individually,
and on behalf of all others
similarly situated,**

    Plaintiff,

v.                                                    Case No.: 3:20-cv-1301-BJD-JBT

**EFINANCIAL, LLC,**

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal with Prejudice (Doc. No. 19; Stipulation) filed on April 14, 2021. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED:**

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this 22ʳᵈ day of April, 2021.

                                                                    _____
                                                                    BRIAN J. DAVIS
                                                                    United States District Judge

*Copies to:*

Counsel of Record

*ap*